IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1732 (RBW) |
| ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Andrew I. Warden of the United States Department of Justice, Civil Division, respectfully enters his appearance on behalf of all defendants, including, the United States Department of Justice, in the above-captioned matter. All correspondence and communications regarding this case should be directed to Mr. Warden at the following address:

> Andrew I. Warden
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W., Room 6120
> Washington, DC  20530
> Tel. (202) 616-5084
> Fax (202) 616-8460
> E-Mail: andrew.warden@usdoj.gov
> Bar Number: Indiana, 23840-49

Dated: October 29, 2007        Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

  /s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8460

Attorneys for Defendant

**CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 83.2(j)**

    I hereby certify, pursuant to Local Civil Rule 83.2, that I am familiar with the Local Rules of this Court.

*/s/ Andrew I. Warden*
ANDREW I. WARDEN
